**DISMISS and Opinion Filed August 22, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00905-CV**

**APCO CONSTRUCTION GROUP, LLC, Appellant**
**V.**
**NATIONAL TRENCH SAFETY, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-06467**

# MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Kennedy

Before the Court is appellant's motion to dismiss the appeal based on settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

240905F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

APCO CONSTRUCTION GROUP, LLC, Appellant

No. 05-24-00905-CV      V.

NATIONAL TRENCH SAFETY, Appellee

On Appeal from the 191st Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-23-06467. Opinion delivered by Justice Kennedy, Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** that appellee National Trench Safety recover its costs, if any, of this appeal from appellant APCO Construction Group, LLC.

Judgment entered August 22, 2024.

–2–